UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on October 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Choates G. Contracting, LLC

Case No.: 21-13085

Chapter: 11 (Small Business Subchapter V)

Judge: Altenburg

**ORDER SETTING DEADLINES AND SCHEDULING CONFIRMATION HEARING**

The relief set forth on the following page is **ORDERED**.

**DATED: October 20, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

This matter having been opened to the Court by  Choates G. Contracting, LLC  , Debtor, upon the filing of a Small Business Plan pursuant to Subchapter V of Chapter 11; it is

**ORDERED**, and notice is hereby given, that:

A. Within 3 days after the entry of this Order, the Plan, a ballot conforming to Official Form 314, and a copy of this Order must be served on creditors, equity security holders, and other parties in interest by the Debtor, and shall be transmitted to the Subchapter V trustee and to the United States Trustee.

B. December 2, 2021 is fixed as the last day for filing and serving written objections to confirmation of the Plan.

C. December 2, 2021 is fixed as the last day for voting to accept or reject the Plan under D.N.J. LBR 3018-1(a).

D. A hearing will be scheduled for December 9, 2021 at 10:00 am for confirmation of the Plan before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Court, District of New Jersey, 400 Cooper Street, Camden, NJ 08101, in Courtroom 4B.

*new.2/19/2020*