| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jessica Berry, Esq. (Bar No. 029912007)<br>Greenspoon Marder LLP<br>Trade Centre South, Suite 700<br>100 W. Cypress Creek Road<br>Fort Lauderdale, FL 33309<br>Jessica.berry@gmlaw.com<br>Attorney for BSI Financial Services as servicer for IRP Fund II Trust 2A | Case No.: 21-13085-ABA<br><br>Chapter: 11 |
| In Re:<br><br>Choates G. Contracting, LLC | Adv. No.: _____<br><br>Hearing Date: October 26, 2021<br><br>Judge: Andrew B. Altenburg Jr. |

## CERTIFICATION OF SERVICE

1. I, **Michelle Torres** :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for **Greenspoon Marder LLP**, who represents **BSI Financial Services** in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On **October 22, 2021**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Amended Notice of Motion for Relief from Stay correcting the property address in the body of the notice

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/22/2021                              /s/Michelle Torres
                                               Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Choates G. Contacting, LLC<br>401 Cooper Landing Rd., Suite C-4<br>Cherry Hill, NJ 08002 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel L Reinganum<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br><br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052 | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bradley K. Sclar<br>Five Greentree Center, Suite 104<br>525 Route, 73 North<br>Marlton, NJ 08053 | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Trustee<br>Douglas S. Stranger<br>Flaster/Greenberg<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeffrey M. Sponder<br>Office of U.S. Trustee<br>One Newark Center<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*