DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jessica Berry, Esq. (Bar No. 029912007)
Shirley Palumbo, Esq. (FBN 0073520)(pro hac vice)
Greenspoon Marder LLP
Trade Centre South, Suite 700
100 W. Cypress Creek Road
Fort Lauderdale, FL 33309
TEL. (954) 491-1120
FAX (954) 343-6982
jessica.berry@gmlaw.com
Shirley.palumbo@gmlaw.com

Attorney for BSI Financial Services as servicer for IRP Fund II Trust 2A



Order Filed on December 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 21-13085-ABA

CHAPTER 11 – Sub-chapter V

Hearing Date: December 9, 2021

Judge: Andrew B. Altenburg Jr.

In Re:
   **CHOATES G. CONTRACTING, LLC**
Debtor

## CONSENT ORDER LIMITED OBJECTION TO CHAPTER 11 PLAN [DE# 76]
## (73 West Road, Gibbsboro, NJ 08028)

The relief set forth on the following pages, numbered two (2)

**ORDERED**.

**DATED: December 6, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the Limited Objection to the Debtor's Amended Chapter 11 plan, filed by BSI Financial Services as servicer for IRP Fund II Trust 2A as to certain property located at 73 West Road, Gibbsboro, NJ 08028, and the parties having agreed, it is

ORDERED

The Debtor's chapter 11 plan is clarified to not release any non-debtor parties from liability on the mortgage debt.

Agreed: December 2, 2021

/s/ Shirley Palumbo, Esq.
Shirley Palumbo, Esq.

/s/ Daniel L. Reinganum, Esq.
Daniel L. Reinganum, Esq.