UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Daniel L. Reinganum
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com

Order Filed on December 10, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Choates G. Contracting, LLC

Case No.: 21-13085/Adv Pro. 21-1

Chapter: 11

Judge: ABA

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19))

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: December 10, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of  Daniel L. Reinganum  for a reduction of time for a hearing on  a Motion to Approve Settlement  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  December 14, 2021  at  10:00 am  in the United States Bankruptcy Court,  400 Cooper Street, Camden, NJ  , Courtroom No.  4B  .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:  On All Creditors  ; Trustee and US Trustee

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

    ☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

    ☐ Other:

*rev.3/23/20*